IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cowans, Laceysha M | Case Number: 08 B 09155 |
|---|---|---|
| | Cowans Jr, Larry | Judge: Wedoff, Eugene R |
| | Printed: 7/15/08 | Filed: 4/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: May 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | RJM Acquisitions LLC | Unsecured | 0.00 | 0.00 |
| 2. | T Mobile USA | Unsecured | 0.00 | 0.00 |
| 3. | RJM Acquisitions LLC | Unsecured | 0.00 | 0.00 |
| 4. | T Mobile USA | Unsecured | 0.00 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 6. | Commonwealth Edison | Priority | | No Claim Filed |
| 7. | TCF Bank | Priority | | No Claim Filed |
| 8. | Nicor Gas | Priority | | No Claim Filed |
| 9. | Penn Foster Schools | Unsecured | | No Claim Filed |
| 10. | Skokie Emergency Services LLC | Unsecured | | No Claim Filed |
| 11. | Skokie Emergency Services LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cowans, Laceysha M | Case Number:  08 B 09155 |
| Cowans Jr, Larry | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  4/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

